FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY LOU O., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendants. | No. 2:17-CV-00230-SAB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Mary K. Dimke's Report and Recommendation, ECF No. 19, recommending the Court deny Plaintiff's Motion for Summary Judgment, ECF No. 14, and grant Defendant's Motion for Summary Judgment, ECF No. 17. No timely objections were filed.

After reviewing the Report and Recommendation and relevant authorities, the Court agrees with Magistrate Judge Dimke's findings and **adopts** the Report and Recommendation with one change.

//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION** + 1

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Dimke's Report and Recommendation to Deny Plaintiff's Motion for Summary Judgment and to Grant Defendant's Motion for Summary Judgment, ECF No. 19, is **ADOPTED** with one change: On Page 1, line 17, the following language "Defendant's Motion (ECF No. 14)" shall be amended to "Defendant's Motion (ECF No. 17)."

2. Plaintiff's Motion for Summary Judgment, ECF No. 14, is **DENIED**.

3. Defendant's Motion for Summary Judgment, ECF No. 17, is **GRANTED**.

4. The District Court Executive is directed to enter judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.** The Clerk of Court is directed to file this Order, enter judgment, forward copies to counsel and Magistrate Judge Dimke, and **close** the file.

**DATED** this 31st day of July 2018.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION + 2**